H. Ty Kharazi, SBN 187894
**YARRA, KHARAZI & ASSOCIATES**
1250 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorney for Plaintiff,
JOHN HADDAD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| JOHN HADDAD,<br><br>              Plaintiff,<br>vs.<br><br>FIRE INSURANCE EXCHANGE, RLI INSURANCE COMPANY,<br><br>              Defendant. | **No.:** 1:10-CV-01447-AWI-SKO<br><br>**REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE AND ORDER**<br><br>Date: **November 16, 2010**<br>Time: **10:00 a.m.**<br>Crtm: **8**<br>Judge: **Sheila K. Oberto,**<br>          **U.S. Magistrate Judge** |

      Plaintiff, John Haddad, hereby requests that the Court continue the scheduling conference currently scheduled for November 16, 2010 to January 27, 2011 at 9:45 a.m. in Courtroom 8, for the following reasons:

      Plaintiff has properly served the Summons and Complaint on Defendant, RLI Insurance Company, but they have not appeared in this action.

      Plaintiff has not been able to serve Defendant, Fire Insurance Exchange. Nevertheless, Plaintiff's counsel has been in communication with counsel for RLI and Leif Hanson, Esq. who will be representing Fire Insurance Exchange. Those discussions have been mostly about venue and jurisdiction.

      Plaintiff has working diligently with defendants to resolve and dismiss this action within the next 60 days. Parties have tentatively agreed that Kern County Superior Court is the most

1

convenient forum, although RLI opines that L.A. Superior Court is more proper. Neither Defense counsel is willing to stipulate to that venue.

Nevertheless, and in order to preserve judicial economy, an action has been filed in the Kern County Superior Court. Once the parties make their appearance in that action and jurisdiction is resolved, Plaintiff will move to dismiss this action without prejudice.

At this point none of the Defendants have appeared in this matter. Plaintiff therefore respectfully requests that the Court continue the Scheduling Conference to at least January 27, 2011 (or beyond). By that date, the jurisdiction issue would be resolved. Either, jurisdiction lies with Kern County Court or this court. The parties pleading would resolve that issue.

Dated: November 5, 2010          Respectfully submitted,


                                 **YARRA, KHARAZI & ASSOCIATES**

                                 /s/ H. Ty Kharazi
                                 _____
                                 H. TY KHARAZI, Attorney for Plaintiff,
                                 JOHN HADDAD


* * * *

## **ORDER**

IT IS HEREBY ORDERED that the Scheduling Conference set for November 16, 2010, shall be continued until January 27, 2011, at 9:45 a.m., in Courtroom 8.

IT IS SO ORDERED.

Dated:   **November 8, 2010**              **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE

**REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE AND [PROPOSED] ORDER**