H. Ty Kharazi, SBN 187894
**YARRA, KHARAZI & ASSOCIATES**
1250 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorney for Plaintiff,
JOHN HADDAD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| JOHN HADDAD,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FIRE INSURANCE EXCHANGE, RLI INSURANCE COMPANY,<br><br>　　　　　Defendant. | **No.:** 1:10-CV-01447-AWI-SKO<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, John Haddad, hereby respectfully requests that the Court dismiss this matter without prejudice. No Defendant has appeared in the matter and thus, costs to other parties are not at issue.

Dated: Tuesday, December 28, 2010　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**YARRA, KHARAZI & ASSOCIATES**

　　　　　　　　　　　　　　　　　　　　/s/ H. Ty Kharazi

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　H. TY KHARAZI, Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　JOHN HADDAD

1

* * * *

## ORDER

IT IS HEREBY ORDERED, that the matter shall be dismissed without prejudice. All hearings are off calendar.

IT IS SO ORDERED.

Dated:   December 31, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE